UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYA KHANKIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JLR SAN JOSE, LLC, et al.,<br><br>    Defendants. | Case No. 3:23-cv-06145-JSC<br><br>**TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 6 |

Now pending before the Court is Plaintiffs' *ex parte* application for a temporary restraining order to: (1) enjoin and estop JP Morgan Chase ("Chase") from making reports to credit reporting agencies regarding Plaintiffs' car loan; (2) withdraw, delete, and/or remove any reports it has made to-date; and (3) be enjoined from making any sale of the vehicle Plaintiffs previously leased. Having considered the application, and with a hearing on December 8, 2023, the Court ORDERS Chase to stay the sale of the vehicle Plaintiffs previously leased for the reasons stated on the record and until further order of the Court. The Court DENIES Plaintiffs' request to enjoin Chase from making reports to credit reporting agencies and DENIES Plaintiffs' request to order Chase to withdraw, delete, and/or remove any credit reports it has made to-date. The denial is without prejudice to the request being renewed following meet and confer attempts with Chase.

The Court sets a further status conference for December 21, 2023, at 1:30 p.m. by Zoom video. The Parties are not required to submit any written case management statement before the status conference.

//

//

//

This order disposes of Docket Number: 6.

**IT IS SO ORDERED.**

Dated: December 8, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge